UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT CR 20-257 SRN/KMM |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 2 |
| v. | ) 18 U.S.C. § 2119(1) |
| | ) |
| DELANEY NICHOLAS HARRIS, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Aiding and Abetting Carjacking)

On or about June 1, 2020, in the State and District of Minnesota, the defendant,

**DELANEY NICHOLAS HARRIS,**

aiding and abetting, and being aided and abetted by others known and unknown to the grand jury, did knowingly and unlawfully take a motor vehicle, that is, a blue BMW 528i, bearing Minnesota license plate BPY424, and vehicle identification number WBAFR1C52BDJ97940, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of W.D, by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY         FOREPERSON

SCANNED
NOV 06 2020
U.S. DISTRICT COURT MPLS